52603. WARREN v. THE STATE.

QUILLIAN, Judge.

The defendant appeals his conviction for burglary. *Held:*

The controlling issue in this case is whether the defendant's confession was freely and voluntarily made. Although the testimony in this regard was in conflict, there was evidence to sustain the trial judge's ruling permitting the confession to be used by the prosecution.

*Judgment affirmed. Deen, P. J., and Webb, J., concur.*

SUBMITTED SEPTEMBER 14, 1976 — DECIDED SEPTEMBER 27, 1976.

*Carroll L. Cowart,* for appellant.
*John W. Underwood, District Attorney,* for appellee.